**CIVIL COVER SHEET ATTACHMENT**

**(a) PLAINTIFFS**

JUANA RODRIGUEZ, on behalf of herself and her minor child Y.R.; X.Z., on behalf of himself and his minor child Y.Z.; IVAN POPOCA, on behalf of himself and his minor children E.I.P. and A.S.P.; and on behalf of all others similarly situated

**(a) DEFENDANTS**

KENNETH PORTER, Acting Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office, in his individual capacity; ROBERT BOHLS, Special Agent in Charge of the Salt Lake City Office of the Federal Bureau of Investigation, in his individual capacity: CHRIS SHEEHAN Supervisory Special Agent of the Federal Bureau of Investigation's Boise Resident Agency, in his individual capacity; JAKE SHERIDAN, Special Agent of the Federal Bureau of Investigation, in his individual capacity; KIERAN DONAHUE, Canyon County Sheriff, in his individual capacity; REX INGRAM, Chief of the Caldwell Police Department, in his individual capacity; JOE HUFF, Chief of the Nampa Police Department, in his individual capacity; BILL GARDINER, Director of the Idaho State Police, in his individual capacity; CANYON COUNTY; CITY OF CALDWELL; CITY OF NAMPA; and JOHN DOES 1-20, in their individual capacities,

**(c) PLAINTIFFS' ATTORNEYS**

Jenn Rolnick Borchetta*
Allison Frankel*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004
Tel: (914) 462-2363
jborchetta@aclu.org
afrankel@aclu.org

Jorge Castillo*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St NW
Washington, D.C. 20005
Tel: (212) 549-2500
JorgeCastillo@aclu.org

Emma Andersson*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA, 94104
Tel: (212) 549-2500
eandersson@aclu.org

*Pro hac vice motions concurrently filed

Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)

ACLU OF IDAHO FOUNDATION
P.O. Box 1897 Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
 ecroston@acluidaho.org

Wendy J. Olson (ISB No. 7634)
STOEL RIVES LLP 101
S Capitol Boulevard, Suite 1900
Boise, ID 83702
Tel: (208) 387-4291
wendy.olson@stoel.com