IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| ) | Case No. |
| ) |  |
| ) |  |
| v.                                    ) | APPLICATION FOR ADMISSION |
| ) | PRO HAC VICE |
| ) |  |
| ) |  |
| _____ ) | Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho,

_____, hereby applies for admission pro hac vice to appear and participate

in this case on behalf of _____.

The applicant hereby attests as follows:

1. Applicant resides in _____, and practices at the following

address and phone number _____

_____

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                                          Dates:

_____          _____

_____          _____

_____          _____

_____          _____

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____, a member in good standing of the bar of this court, of the firm of

_____, practices at the following office address and phone number:

_____

_____

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents

to this designation by signing this application.

Dated this _____ day of _____, _____.

_____          _____
Applicant                                                      Designee
Signed under penalty of perjury.