Jenn Rolnick Borchetta*
Allison Frankel*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
CRIMINAL LAW REFORM PROJECT
125 Broad Street
New York, NY 10004
Tel: (914) 462-2363
jborchetta@aclu.org
afrankel@aclu.org

Jorge Castillo*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
CRIMINAL LAW REFORM PROJECT
915 15th St NW
Washington, D.C. 20005
Tel: (212) 549-2500
Jorgecastillo@aclu.org

Emma Andersson*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
CRIMINAL LAW REFORM PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
Tel: (212) 549-2500
eandersson@aclu.org

Paul Carlos Southwick (ISB No.
12439)
Emily Myrei Croston (ISB No.
12389) ACLU OF IDAHO
FOUNDATION
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Wendy J. Olson (ISB No. 7634)
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID 83702
Tel: (208) 387-4291
wendy.olson@stoel.com

* *Admitted pro hac vice*

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

JUANA RODRIGUEZ, *on behalf of herself and her minor child* Y.R.; X.Z., *on behalf of himself and his minor child* Y.Z.; IVAN POPOCA, *on behalf of himself and his minor children* E.I.P. *and* A.S.P.; *and on behalf of all others similarly situated,*

   *Plaintiffs,*

v.

Case No. 1:26-cv-00075-AKB

**PLAINTIFFS' STATUS REPORT**

1

KENNETH PORTER, Acting Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office, *in his individual capacity*; ROBERT BOHLS, Special Agent in Charge of the Salt Lake City Office of the Federal Bureau of Investigation, *in his individual capacity*: CHRIS SHEEHAN Supervisory Special Agent of the Federal Bureau of Investigation's Boise Resident Agency, *in his individual capacity*; JAKE SHERIDAN, Special Agent of the Federal Bureau of Investigation, *in his individual capacity*; KIERAN DONAHUE, Canyon County Sheriff, *in his individual capacity*; REX INGRAM, Chief of the Caldwell Police Department, *in his individual capacity*; JOE HUFF, Chief of the Nampa Police Department, *in his individual capacity*; BILL GARDINER, Director of the Idaho State Police, *in his individual capacity*; CANYON COUNTY; CITY OF CALDWELL; CITY OF NAMPA; and JOHN DOES 1-20, *in their individual capacities,*

*Defendants*.

Pursuant to District of Idaho Local Rule 4.1, Plaintiffs, by and through counsel, respectfully submit this Status Report regarding the service of process in the above-captioned matter.

Counsel for Plaintiffs have provided counsel for the Defendants listed below with a copy of the Complaint (Docket #001), Civil Cover Sheet (Docket #001.1) and Waiver of Service form via e-mail. As of March 12, 2026, the following Defendants, through counsel, waived formal service of process under Fed. R. Civ. P. 4(d) on the following dates:

- Defendant Kieran Donahue: request for waiver of service sent **February 19, 2026**; executed waiver of service received on **February 27, 2026.**

- Defendant Canyon County: request for waiver of service sent **February 19, 2026**; executed waiver of service received on **February 27, 2026.**

- Defendant Rex Ingram: request for waiver of service sent **February 26, 2026**; executed waiver of service received on **March 5, 2026.**

- Defendant City of Caldwell: request for waiver of service sent **February 26, 2026**; executed waiver of service received on **March 5, 2026.**

- Defendant Joe Huff: request for waiver of service sent **March 3, 2026**; executed waiver of service received on **March 5, 2026.**

- Defendant City of Nampa: request for waiver of service sent **March 3, 2026**; executed waiver of service received on **March 5, 2026.**

Counsel for Plaintiffs have provided counsel for the Defendants listed below with a copy of the Complaint (Docket #001) and Civil Cover Sheet (Docket #001.1) via e-mail. As of March 12, 2026, the following Defendants, through counsel, accepted service of process by email on the following dates:

- Defendant Robert J. Bohls: request for acceptance of service via e-mail sent **February 23,**

**2026**; written acceptance of service by e-mail received on **February 27, 2026.**

- Defendant Christopher T. Sheehan: request for acceptance of service via e-mail sent **February 23, 2026**; written acceptance of service by e-mail received on **February 27, 2026.**

- Defendant Jacob Sheridan: request for acceptance of service via e-mail sent **February 23, 2026**; written acceptance of service by e-mail received on **February 27, 2026.**

Defendant Kenneth Porter is the only Defendant yet to be served. On March 11, 2026, the United States Attorney's Office provided the names and contact information for counsel for Defendant Porter. On the same date, counsel for Plaintiffs provided counsel for Defendant Porter with a copy of the Complaint (Docket #001) and Civil Cover Sheet (Docket #001.1) via e-mail, along with a request for acceptance of service by e-mail. As of the time of the filing of this Status Report, counsel for Defendant Porter has not responded to that request. Counsel for Plaintiffs will update the Court when Defendant Porter has either agreed to accept service by email or been formally served.

Pursuant to FRCP 4(i)(3), counsel for Plaintiffs must serve the United States as part of service of the federal Defendants. Counsel for Plaintiffs provided the United States Attorney's Office, District of Idaho, with a copy of the Complaint (Docket #001) and Civil Cover Sheet (Docket #001.1) via e-mail, along with a request for acceptance of service by e-mail. On March 10, 2026, the United States Attorney's Office declined to accept service by e-mail. Counsel for Plaintiffs intend to submit summonses to the docket clerks tomorrow for each of the federal defendants. Upon the issuance of the summonses, counsel for Plaintiffs will serve the United States Attorney's Office.

Respectfully submitted,

Dated: March 12, 2026

Jenn Rolnick Borchetta*
Allison Frankel*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
CRIMINAL LAW REFORM PROJECT
125 Broad Street
New York, NY 10004
Tel: (914) 462-2363
jborchetta@aclu.org
afrankel@aclu.org

Jorge Castillo*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
CRIMINAL LAW REFORM PROJECT
915 15th St NW
Washington, D.C. 20005
Tel: (212)549-2500
Jorgecastillo@aclu.org

Emma Andersson*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
CRIMINAL LAW REFORM PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
Tel: (212) 549-2500
eandersson@aclu.org


*Admitted pro hac vice

*/s/ Paul Carlos Southwick*
Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Wendy J. Olson (ISB No. 7634)
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID 83702
Tel: (208) 387-4291
wendy.olson@stoel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the District of Idaho by using the CM/ECF system. I certify that I will provide an as-filed copy of this filing to counsel for all Defendants and to the United States Attorney's Office for the District of Idaho by email on March 12, 2026.

Dated: March 12, 2026

*/s/ Paul Carlos Southwick*
Paul Carlos Southwick