Jenn Rolnick Borchetta*
Allison Frankel*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (914) 462-2363
jborchetta@aclu.org
afrankel@aclu.org

Jorge Castillo*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St NW
Washington, D.C. 20005
Tel: (212)549-2500
jorgecastillo@aclu.org

Emma Andersson*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
Tel: (212) 549-2500
eandersson@aclu.org

*Admitted pro hac vice
Attorneys for Plaintiffs

Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Wendy J. Olson (ISB No. 7634)
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID 83702
Tel: (208) 387-4291
wendy.olson@stoel.com

Simona Agnolucci*
Eduardo E. Santacana*
COOLEY, LLP
3 Embarcadero Center, 22nd Fl.
San Francisco, CA 94111
Tel: (415) 693-2000
sagnolucci@cooley.com
esantacana@cooley.com

Jade Ford*
COOLEY, LLP
1299 Pennsylvania Ave. NW, Ste. 700
Washington, DC 20004
Tel: (202) 842-7800
jford@cooley.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JUANA RODRIGUEZ, *on behalf of herself and her minor child* Y.R.; X.Z., *on behalf of himself and his minor child* Y.Z.; IVAN POPOCA, *on behalf of himself and his minor children* E.I.P. *and* A.S.P.; *and on behalf of all others similarly situated,* | Case No. 1:26-cv-00075-AKB |
| | **UNOPPOSED MOTION TO SEAL DOCKET NO. 15** |
| *Plaintiffs,* | |
| v. | |
| KENNETH PORTER, Acting Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office, *in his individual* | |

*capacity*; ROBERT BOHLS, Special Agent in Charge of the Salt Lake City Office of the Federal Bureau of Investigation, *in his individual capacity*: CHRIS SHEEHAN Supervisory Special Agent of the Federal Bureau of Investigation's Boise Resident Agency, *in his individual capacity*; JAKE SHERIDAN, Special Agent of the Federal Bureau of Investigation, *in his individual capacity*; KIERAN DONAHUE, Canyon County Sheriff, *in his individual capacity*; REX INGRAM, Chief of the Caldwell Police Department, *in his individual capacity*; JOE HUFF, Chief of the Nampa Police Department, *in his individual capacity*; BILL GARDINER, Director of the Idaho State Police, *in his individual capacity*; CANYON COUNTY; CITY OF CALDWELL; CITY OF NAMPA; and JOHN DOES 1-20, *in their individual capacities,*

*Defendants.*

Plaintiffs respectfully move the Court to seal Docket No. 15 from the public record, the Affidavit of Service made on Defendant Kenneth Porter. Good cause exists to grant this motion. Plaintiffs' counsel emailed counsel for all Defendants, who indicated they do not oppose this motion.

As required by the Federal Rules, the Affidavit of Service contains the address where the process server executed service on Defendant Porter. *See* Fed. R. Civ. P. 4(l); Doc. 8 at 2 (Proof of Service template requiring notice of the place service was executed). The address is a personal one because Plaintiffs tried and were unable to serve Defendant Porter through requesting service via email and personal service at his workplace. On May 1, 2026, Counsel for Defendant Porter requested that Plaintiffs replace Docket 15 with a redacted copy because of security concerns for him and his family. *See* Fed. R. Civ. P. 26(c) ("The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense . . . ."). The public retains access to the Affidavit of Service with the address redacted at Docket No. 27.

For the foregoing reasons, Plaintiffs respectfully request the Court enter an order that Docket No. 15 be placed under seal.

RESPECTFULLY SUBMITTED this 5th day of May 2026.

 /s/  Wendy J. Olson
Wendy J. Olson (ISB No. 7634)
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID 83702
Tel: (208) 387-4291
wendy.olson@stoel.com

Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Jenn Rolnick Borchetta*
Allison Frankel*
AMERICAN CIVIL LIBERTIES

UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (914) 462-2363
jborchetta@aclu.org
afrankel@aclu.org

Jorge Castillo*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St NW
Washington, D.C. 20005
Tel: (212)549-2500
jorgecastillo@aclu.org

Emma Andersson*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
Tel: (212) 549-2500
eandersson@aclu.org

Simona Agnolucci*
Eduardo E. Santacana*
COOLEY, LLP
3 Embarcadero Center, 22nd Fl.
San Francisco, CA 94111
Tel: (415) 693-2000
sagnolucci@cooley.com
esantacana@cooley.com

Jade Ford*
COOLEY, LLP
1299 Pennsylvania Ave. NW, Ste. 700
Washington, DC 20004
Tel: (202) 842-7800
jford@cooley.com

*Attorneys for Plaintiffs*
*\* Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the District of Idaho by using the CM/ECF system. I certify that I provided notice of this filing to all Defendants by email on May 5, 2026.

Dated: May 5, 2026

*/s/ Wendy J. Olson*
Wendy J. Olson