UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUANA RODRIGUEZ, on behalf of herself and her minor child Y.R.; X.Z., on behalf of himself and his minor child Y.Z.; IVAN POPOCA, on behalf of himself and his minor children E.I.P. and A.S.P.; and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>KENNETH PORTER, Acting Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office, in his individual capacity; ROBERT BOHLS, Special Agent in Charge of the Salt Lake City Office of the Federal Bureau of Investigation, in his individual capacity; CHRIS SHEEHAN, Supervisory Special Agent of the Federal Bureau of Investigation's Boise Resident Agency, in his individual capacity; JAKE SHERIDAN, Special Agent of the Federal Bureau of Investigation, in his individual capacity; KIERAN DONAHUE, Canyon County Sheriff, in his individual capacity; REX INGRAM, Chief of the Caldwell Police Department, in his individual capacity; JOE HUFF, Chief of the Nampa Police Department, in his individual capacity; BILL GARDINER, Director of the Idaho State Police, in his individual capacity; CANYON COUNTY; CITY OF CALDWELL; CITY OF NAMPA; and JOHN DOES 1-20, in their individual capacities,<br><br>       Defendants. | Case No. 1:26-cv-00075-AKB<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO PROCEED UNDER PSEUDONYMS** |

This matter came before the Court on Plaintiffs' Unopposed Motion to Proceed Under Pseudonyms (Dkt. 36). Having reviewed the record and good cause appearing therefore, Plaintiffs' Motion to Proceed Under Pseudonyms is **GRANTED**.

**IT IS HEREBY ORDERED THAT** Plaintiffs X.Z. and Y.Z. may proceed anonymously, including as to the Court and counsel, until discovery commences.

**ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYMS – 1**

**IT IS FURTHER ORDERED THAT**, when discovery commences, the identities of X.Z. and Y.Z. shall be considered "Attorney Eyes Only."

DATED: June 12, 2026

*Amanda K. Brailsford*

**Amanda K. Brailsford**
U.S. District Court Judge