BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

PAUL E. WERNER
Assistant Director, Torts Branch

REGINALD M. SKINNER
Senior Trial Counsel, Torts Branch

*/s/ Juliana M. Barrett*
JULIANA M. BARRETT
CONNOR HACKERT
PAUL C. QUAST
TRIAL ATTORNEYS
U.S. DEPARTMENT OF JUSTICE
TORTS BRANCH, CIVIL DIVISION
P.O. BOX 7146, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044-7146
Tel: (202) 616-4326
Email: juliana.m.barrett@usdoj.gov

*Attorneys for Federal Defendants Kenneth Porter,
Robert Bohls, Chris Sheehan, and Jake Sheridan*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUANA RODRIGUEZ, *on behalf of herself and her minor child* Y.R.; X.Z., *on behalf of himself and his minor child* Y.Z.; IVAN POPOCA, *on behalf of himself and his minor children* E.I.P. and A.S.P.; *and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH PORTER, Acting Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office, *in his individual capacity*; ROBERT BOHLS, Special Agent in Charge of the Salt Lake City Office of the Federal Bureau of Investigation, *in his individual capacity*, CHRIS SHEEHAN Supervisory Special Agent of the Federal Bureau of Investigation's Boise Resident Agency, *in his individual capacity*; JAKE SHERIDAN, Special Agent of the Federal Bureau of Investigation, *in his individual capacity*; KIERAN DONAHUE, Canyon County Sheriff, *in his individual capacity*; REX INGRAM, Chief of the Caldwell Police Department, *in his individual capacity*; JOE HUFF, Chief of the Nampa Police Department, *in his individual capacity*; BILL GARDINER, Director of the Idaho State Police, *in his individual capacity*; CANYON COUNTY; CITY OF CALDWELL; CITY OF NAMPA; and JOHN DOES 1-20, *in their individual capacities*,<br><br>Defendants. | Case No. 1:26-CV-00075-AKB<br><br><br>**MOTION TO DISMISS BY FEDERAL DEFENDANTS KENNETH PORTER, ROBERT BOHLS, CHRIS SHEEHAN, AND JAKE SHERIDAN** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Federal Defendants Kenneth Porter, Robert Bohls, Chris Sheehan, and Jake Sheridan move to dismiss all claims asserted against them in Plaintiffs' Complaint. As set forth more fully in the accompanying memorandum of law, the bases for this motion are as follows: (1) the Federal Defendants are not subject to suit under 42 U.S.C. § 1983 because they each acted under color of federal law, not state law, when participating in a federal investigation and operation to execute federal warrants for federal crimes, and (2) the Federal Defendants are protected by qualified immunity because the Complaint fails to plausibly allege facts showing that any Federal Defendant violated any of the named Plaintiffs' clearly established constitutional or statutory rights.

Counsel for the Federal Defendants certify that they have met and conferred with Plaintiffs' counsel in accordance with the Court's practice expectations. The parties were unable to reach an agreement, and it is thus necessary to file this motion to dismiss.

Dated: June 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

PAUL E. WERNER
Assistant Director, Torts Branch

REGINALD M. SKINNER
Senior Trial Counsel, Torts Branch

By: */s/ Juliana M. Barrett*
Juliana M. Barrett
Connor J. Hackert
Paul C. Quast

2

Trial Attorneys
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station Washington,
D.C. 20044-7146
Tel: (202) 616-4326
Email: juliana.m.barrett@usdoj.gov

*Attorneys for Defendants Kenneth Porter, Robert
Bohls, Chris Sheehan, and Jake Sheridan*