Bruce J. Castleton   ISB No. 6915
CASTLETON LAW PLLC
10400 Overland Road #238
Boise, ID   83709
Telephone No. (208) 629-4590
Facsimile No. (208) 509-4814
Email: bruce@castletonlegal.com

*Attorney for City of Caldwell, City of Nampa,*
*Rex Ingram and Joe Huff*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUANA RODRIGUEZ, *on behalf of herself and her minor child* Y.R.; X.Z., *on behalf of himself and his minor child* Y.Z.; IVAN POPOCA, *on behalf of himself and his minor children* E.I.P. and A.S. P.; *and on behalf of all others similarly situate*d,<br><br>        Plaintiffs,<br><br>vs.<br><br>KENNETH PORTER, Acting Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office, *in his individual capacity*; ROBERT BOHLS, Special Agent in Charge of the Salt Lake City Office of the Federal Bureau of Investigation, *in his individual capacity*, CHRIS SHEEHAN Supervisory Special Agent of the Federal Bureau of Investigation's Boise Resident Agency, *in his individual capacity*; JAKE SHERIDAN, Special Agent of the Federal Bureau of Investigation, *in his individual capacity*; KIERAN DONAHUE, Canyon County Sheriff, *in his individual capacity*; REX INGRAM, Chief of the Caldwell Police Department, *in his individual capacity*; JOE HUFF, Chief of the Nampa Police Department, *in his individual capacity*; BILL GARDINER, Director of the Idaho State Police, | Case No. 1:26-cv-00075-AKB<br><br>**DEFENDANTS CITY OF CALDWELL, CITY OF NAMPA, REX INGRAM AND JOE HUFF'S MOTON TO DISMISS UNDER F.R.C.P. RULE 12(b)(6)** |

**DEFENDANTS' MOTION TO DISMISS - 1.**

*in his individual capacity*; CANYON COUNTY;
CITY OF CALDWELL; CITY OF NAMPA; and
JOHN DOES 1-20, *in their individual capacities,*

     Defendants.

Defendants City of Caldwell, City of Nampa, Rex Ingram and Joe Huff, through their attorney Bruce J. Castleton of Castleton Law PLLC, move pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Class Action Complaint filed by Plaintiffs in this case.   These Defendants' Motion is brought because the Plaintiffs' Complaint fails to state a claim for which relief can be granted.

In support of this Motion, these Defendants file herewith their Memorandum in Support of the Motion to Dismiss.

DATED this 23rd day of June, 2026.

CASTLETON LAW PLLC

By /s/ *Bruce J. Castleton*
    Bruce J. Castleton, Of the Firm
    Attorney for Defendants City of Caldwell, City of
    Nampa, Ingram and Huff

**DEFENDANTS' MOTION TO DISMISS -  2.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jenn Rolnick Borchetta * *pro hac vice*          jborchetta@aclu.org
Allison Frankel * *pro hac vice*                 afrankel@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
New York, NY 10004
*Attorneys for Plaintiffs*


Jorge Castillo * *pro hac vice*                  jorgecastillo@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St NW
Washington , D.C.   20005
*Attorney for Plaintiffs*


Emma Andersson * *pro hac vice*                  eandersson@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
New York, NY 10004
*Attorney for Plaintiffs*


Paul Southwick                                   psouthwick@acluidaho.org
Emily Croston                                    ecroston@acluidaho.org
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID   83701
*Attorney for Plaintiffs*


Wendy J. Olson                                   wendy.olson@stoel.com
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID. 83702
*Attorney for Plaintiffs*


**DEFENDANTS' MOTION TO DISMISS -  3.**

Connor J. Hackert                                   connor.hackert@usdoj.gov
Jonathan D. Guynn
Paul E. Werner
Reginald M. Skinner
Brett A. Shumate
Juliana M. Barrett
Paul C. Quast
U.S. DEPARTMENT OF JUSTICE
TORTS BRANCH, CIVIL DIVISION
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-71467
*Attorneys for Defendants Porter, Bohls,*
*Sheehan and Sheridan*

Aaron Bazzoli                                       pacivilmail@canyoncounty.id.gov
Christopher D. Boyd
Benjamin Cramer
CANYON COUNTY PROSECUTING
ATTORNEY
1115 Albany Street
Caldwell, ID 83605
*Attorneys for Defendants Donahue and*
*Canyon County*

Raul R. Labrador                                    james.craig@ag.idaho.gov
James E.M. Craig                                    greg.woodard@ag.idaho.gov
Gregory E. Woodard
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
*Attorneys for Defendant Bill Gardiner*

*/s/ Bruce J. Castleton*
BRUCE J. CASTLETON

**DEFENDANTS' MOTION TO DISMISS -  4.**